

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00414-CR

| | | |
|---|---|---|
| COURTLYN LEVINE AKA COURTLYN LEVINENEWTON, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1513617D) |
| V. | § | September 10, 2020 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court judgment to assess $1,160 in reparations. We additionally modify the trial court's order to withdraw funds to reflect that the amount of "[c]ourt costs, fees and/or fines and/or restitution" incurred is $1,160. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
 Justice Dana Womack